IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CRIMINAL NO. 06-30064-WDS |
| | ) |
| UNITED AUTO PARTS, INC., | ) |
| | ) |
| Defendant. | ) |

## PUBLIC NOTICE ORDER

**STIEHL, District Judge:**

On September 1, 2006, Defendant United Auto Parts was sentenced for committing the offense of obstructing a federal audit. As part of its sentence, this Court hereby Orders defendant to publish one time, in a daily newspaper of general circulation, within ten (10) days of the date of this Order, a legal notice describing: (i) the nature of the present offense; (ii) the nature of the punishment in full; (iii) the fact of conviction; and (iv) the steps that will be taken to prevent reoccurrence of similar offenses, which shall be worded as follows:

> On May 26, 2006, United Auto Parts, Inc. pled guilty to a criminal information charging it with the offense of Obstruction of a Federal Audit; a conviction was entered. The offense involved a contract between United Auto Parts and the United States, whereby the Air Force arranged to buy various automotive equipment from United Auto Parts at cost, in exchange for a service fee. The above-referenced conviction resulted from United Auto Parts submitting receipts to a federal auditor that did not represent its actual purchase costs. Ultimately, it was determined that the United States was overcharged $3,744.98 for various items purchased from United Auto Parts. On September 1, 2006, United States District Court Judge William D. Stiehl sentenced United Auto Parts to five years of probation. As a condition of probation,

1

        United Auto Parts was ordered to pay restitution in full for the Government's above-stated loss.  A fine was imposed in the amount of $46,255.02.  To preclude reoccurrence of the conduct described herein, United Auto Parts intends to wait for statements from suppliers before submitting future invoices.

**IT IS SO ORDERED.**

**DATED: September 11, 2006.**

                                              **s/ WILLIAM D. STIEHL**
                                                **DISTRICT JUDGE**